**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**MARCO POLO SEATRADE B.V.,** *et al.,*[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 11-13634 (JMP)**<br><br>**(Joint Administration Requested)** |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING THE TOP 20 LARGEST UNSECURED CLAIMS**

The above-captioned debtors. and debtors in possession (collectively, the "***Debtors***") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States, Code. The following is the consolidated list of the Debtors' creditors holding the 20 largest unsecured claims (the "***Consolidated List***") based on the Debtors' books and records as of approximately July 29, 2011. The Consolidated List is prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's identification number, include: Marco Polo Seatrade B.V. (5584); Seaarland Shipping Management B.V. (0110); Magellano Marine C.V. (2910); and Cargoship Maritime B.V. (4361). The Debtors' service address is: Bracewell & Giuliani, LLP, 1251 Avenue of the Americas, 49th Floor, New York, NY 10020, Attn: Robert G. Burns.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | Deutsche Schiffsbank AG<br>Domshof 17<br>Bremen, Germany D-28195<br>Attn: Peter Zimmermann<br>Fax: +49 421 3609 329<br>Email: peter.zimmermann@schiffsbank.com | Bank loan | Unliquidated | $8,640,000.00 |
| 2. | DS-Rendite-Fonds Nr. 123 DS Sapphire GmbH & Co. Tankschiff K.G.<br>Stockholmer Allee 53<br>Dortmund, Germany 44269<br>Attn: Thomas M. Dewner<br>Fax:<br>Email: td@dr-peters.de | Trade | Unliquidated | $4,081,060.00 |
| 3.. | Indiana R. Shipping Ltd.<br>Broadstreet 80<br>Monrovia, Liberia<br>Attn: Andreas Louka<br>Fax: + 30 210 80 20 364<br>Email: legal@centralmare.com | Trade | Unliquidated | $2,087,665.00 |
| 4.. | Banksy Shipping Company Ltd.<br>Broadstreet 80<br>Monrovia, Liberia<br>Attn: Andreas Louka<br>Fax: + 30 210 80 20 364<br>Email: legal@centralmare.com | Trade | Unliquidated | $1,776,896.00 |
| 5. | Bentonwood B.V.<br>Sloterkade 182 hs<br>Amsterdam, the Netherlands 1059 EB<br>Attn: Martin Slagter<br>Fax:<br>Email: accounting@marwave.nl | Trade | Unliquidated | $1,336,750.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 6. | San Lorenzo Seatrade Corp. Broadstreet 80 Monrovia, Liberia Attn: Johan Ebner Fax: +41 (91) 92 35 862 Email: johann.ebner@seaarland.at | Trade | Unliquidated | $478,985.99 |
| 7.. | Lazard & Co S.r.L. Via Brera 3 Milano, Italy 20121 Attn: Maurizio Montesi Fax: +44(0)7801136158 Email: maurizio.montesi@lazard.com | Professional | Unliquidated | $101,985.22 |
| 8.. | E-mtp LLC 3501 Silverside RD Wilmington, Delaware 19810 Attn: Fax: Email: accounting@e-mtp.biz | Trade | Unliquidated | $78,133.72 |
| 9. | Ligabue S.r.L. Piazzale Roma 499 Venice, Italy 30135 Attn: Fax: +39 041 2705661 Email: shipsupply@ligabue.it | Trade | Unliquidated | $62,264.88 |
| 10. | Ifchor Group S.A. Place Pepinet 1 Lausanne, Switzerland CH-1003 Attn: Giuseppe Ravano Fax: +41 21 310 31 00 Email: panamax@ifchor.ch | Trade | Unliquidated | $54,384.55 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM<br><br>*(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM<br><br>*(if secured, also state value of security)* |
|---|---|---|---|---|
| 11. | Loyens & Loeff N.V.<br>Blaak 31<br>Rotterdam, the Netherlands 3000 CW<br>Attn: Ria Dekkers<br>Fax: +31 10 4125 839<br>Email: ria.dekkers@loyensloeff.com | Professional | Unliquidated | $54,362.00 |
| 12. | Venice Shipping and Logistics S.p.A.<br>Via Fiori Oscun 11<br>Milano, Italy 20121<br>Attn: Massimo Marè<br>Fax:<br>Email: Massimo.Mare@vslspa.it | Trade | Unliquidated | $41,666.67 |
| 13. | RINA Services S.p.A.<br>Via Corsica 12<br>Genova, Italy 16128<br>Attn:<br>Fax:<br>Email: machinery.section@rina.org | Trade | Unliquidated | $30,604.59 |
| 14. | Cambiaso Risso Marine S.p.A.<br>Corso Andrea Podesta 1<br>Genova, Italy 16128<br>Attn:<br>Fax: +39 010 589359<br>Email: info@cambiasorisso.it | Trade | Unliquidated | $26,944.24 |
| 15. | Krohne Skarpenord Messtechnik GmbH<br>Ludwig-Krohne-Straße<br>Duisburg, Germany 47058<br>Attn:<br>Fax: +49 (0)203 301 10 389<br>Email: info@krohne.de | Trade | Unliquidated | $21,938.29 |
| 16. | ISS Tositti S.r.L.<br>Fabricato 17<br>Venice, Italy 30123<br>Attn:<br>Fax: +39 041 271 2648<br>Email: venezia@iss-tositti.it | Trade | Unliquidated | $21,843.06 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 17. | Burke & Novi S.r.L.<br>Via Domenico Fiasella 4/14<br>Genova, Italy 16121<br>Attn: Franco Novi<br>Fax:<br>Email | Trade | Unliquidated | $20,668.35 |
| 18. | Burke Novi Sam<br>7 Rue du Gabian<br>Monaco MC 98000<br>Attn: sandp@burkenovi.com<br>Fax:<br>Email: tankers@burkenovi.mc | Trade | Unliquidated | $18,924.68 |
| 19. | Stratos Global<br>Loire 158-160<br>Den Haag, the Netherlands 2500 GA<br>Attn:<br>Fax: +31 (0)70 4461 763<br>Email: billingcs@stratosglobal.com | Trade | Unliquidated | $18,668.86 |
| 20. | C.A.I.M.scrl<br>Via G. Dánnunzio 2/66<br>Genova, Italy<br>Attn:<br>Fax: + 39 010 589818<br>Email: caim@caim.it | Trade | Unliquidated | $17,347.11 |

# DECLARATION UNDER PENALTY
# OF PERJURY ON BEHALF OF CORPORATION

   Pursuant to 28 U.S.C. § 1746, I, Barry Michel Cerneus, the duly qualified and authorized signatory of the Debtors, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: New York, New
York August 1, 2011

                        /s/*Barry Michel Cerneus*
                        Barry Michel Cerneus
                        Authorized Signatory