UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Marco Polo Seatrade B.V., et al., | : | Case No. 11-13634 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------x

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

As of August 11, 2011, Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Marco Polo Seatrade B.V., and affiliated debtors in possession.

1. Deutshce Schiffsbank Aktiengensellschaft
   Domstrasse 18, 20095 Hamburg
   Germany
   Attention: Manfred Quade
   Telephone: +49 40 37699 173
   Fax: +49 40 37699 719

2. DS-Randite Fonds Nr. 123 DS Sapphire GmbH & Co. Tankesechiff KG
   Stockholmer Allee 53
   44269 Dortmund
   Germany
   Attention: Herbert Sacksteder, Managing Director
   Telephone: +49 231 557173-16
   Fax: +49 231 557173-99

3. Ligabue Catering S.r.l.
   Piazzale Roma, 499-30135 Venezia
   Codice Fiscale/P IVA IT02449740121
   Italy
   Attention: Alessandro Angelon, C.E.O.
   Telephone: +39 041 2705650
   Fax: +39 041 2705660

Dated: New York, New York
       August 11, 2011

                                        TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                                By:     /s/ Paul K. Schwartzberg
                                        Paul K. Schwartzberg, Trial Attorney
                                        33 Whitehall Street, 21st Floor
                                        New York, New York 10004
                                        Tel. No. (212) 510-0500