BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Phone: (212) 885-5000
Facsimile: (212) 885-5001
Marc E. Richards (MER 9465)

Proposed Counsel for the Official
Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
In re:                                                      :         Chapter 11
                                                            :
**MARCO POLO SEATRADE B.V.,** *et. al.*[1] :         Case No. 11-13634 (JMP)
                                                            :
                                                            :         Jointly Administered
                             Debtors.                       :
_____:

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that pursuant to Bankruptcy Rules 2002 and 9010(b), Blank Rome LLP, proposed counsel for the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), requests that all notices given or required to be given in these cases be given to and served upon Blank Rome LLP at the following addresses:

| | |
|---|---|
| Marc E. Richards | Michael B. Schaedle |
| Blank Rome LLP | Blank Rome LLP |
| The Chrysler Building | One Logan Square |
| 405 Lexington Avenue | Philadelphia, PA 19103 |
| New York, NY 10174-0208 | Phone: (215) 569-5762 |
| Phone: (212) 885-5000 | Facsimile: (215) 832-5762 |
| Facsimile: (212) 885-5001 | Email: mschaedle@blankrome.com |
| Email: mrichards@blankrome.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Marco Polo Seatrade B.V. (5584); Seaarland Shipping Management B.V. (0110); Magellano Marine C.V. (2910); and Cargo Maritime B.V. (4361). The Debtors' service address is: Bracewell & Giuliani, LLP, 1251 Avenue of Americas, 49th Floor, New York, NY 10020, Attn: Robert G. Burns.

900200.00001/7044901v.3

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned debtors (the "Debtors") or the property of the Debtors, or any of the rights or interests held or asserted by the Committee with respect to the Debtors or property of the Debtors.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee.

Dated: August 12, 2011        **BLANK ROME LLP**

        */s/ Marc E. Richards*
        Marc E. Richards
        The Chrysler Building
        405 Lexington Avenue
        New York, NY 10174-0208
        Phone: (212) 885-5231
        Facsimile: (212) 885-5001
        Email: mrichards@blankrome.com

        Counsel for the Official Committee
        of Unsecured Creditors

2

900200.00001/7044901v.3